**Order entered October 19, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01398-CR**
**No. 05-19-01399-CR**
**No. 05-19-01485-CR**

**DONNELL SLEDGE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-56048, F17-56046, F17-5604**

**ORDER**

We **REINSTATE** this appeal.

We abated the appeal and remanded the case to the trial court for the purpose of appointing new appellate counsel to represent appellant in his appeal, including but not limited to filing a response to State's September 2, 2021 motion for rehearing. On October 18, 2021, a supplemental clerk's record was filed containing the trial court's appointment of counsel.

In light of this, we **DIRECT** the Clerk to remove Christie Merchant and to substitute Ron L. Goranson as counsel for appellant.

We request that appellant's counsel file appellant's response to the State's September 2, 2021 motion for rehearing **WITHIN TWENTY DAYS OF THIS ORDER**.

/s/    DAVID J. SCHENCK
           JUSTICE